# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

**UNITED STATES OF AMERICA**

        Plaintiff,        COURT NO: **11-10342**

-vs-

        HONORABLE: **VICTORIA A. ROBERTS**

**KEVIN JOHNSON**

        Defendant,

and

**B & K COLLISION, INC.**

        Garnishee./

_____

## GARNISHEE ORDER

    A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and the Garnishee filed an answer on **October 11, 2016**, stating that at the time of the service of the Writ he/she had in his/her possession, or under control personal property belonging to and due Defendant.

    On **October 4, 2016** the Defendant was notified of his/her right to a hearing and **has not** requested a hearing to determine exempt property.

    IT IS ORDERED that Garnishee pay **25% of disposable income weekly** to the U.S. Department of Justice.

                                            S/Victoria A. Roberts
                                            **HON**. **VICTORIA A. ROBERTS**
                                            UNITED STATES DISTRICT JUDGE

Dated: 10/25/2016